# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | CARL WAYNE EDMISTON |
| Case Number: | 2:09-BK-23378-CGC     Chapter: 7 |
| Date / Time / Room: | TUESDAY, NOVEMBER 24, 2009 02:30 PM   6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | KAYLA MORGAN |

### Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 905 W. BELL DE MAR., TEMPE, AZ 85283 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-4, .

R / M #:   18 / 0

### Appearances:

WILLIAM FISHBACH, ATTORNEY FOR BANK OF NEW YORK MELLON
CARL EDMISTON, DEBTOR

### Proceedings:

Mr. Fishbach addresses the Motion for Relief and advises a trustee sale is set for December 3, 2009.

COURT:  IT IS ORDERED GRANTING THE MOTION FOR RELIEF FILED BY BANK OF NEW YORK MELLON.